You've made it clear you don't care about the city or the people in it. You act out like a child when you don't get your way. Really hope Walton moves on from this disappointment!

32w    Like    Reply                              27 

  **Dena Courtney Flege**  ◆ Top contributor
Welp, I guess I did it, just like Charles Ross I was exhausted by the whining, lying and playing a victim! If I recall, to Council's surprise, you offered a verbal resignation, then rescinded it.  Those actions prompted an investigation and produced a 79 page report of your abuses of City Funds, equipment and property.   You then resigned again instead of facing impeachment for your admitted actions.  Stop playing victim, explain to taxpayers why you abused their trust and stop blaming others for your illegal actions!

32w    Like    Reply                              15