IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

GABRIEL BROWN,

Plaintiff, Case No. 2:26-cv-00056-SCM

vs.

TERRI COURTNEY, et al,

Defendants.
_______________________________________ /

**JOINT NOTICE OF STATUS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, pursuant to the Court's Order dated June 6, 2026 [DE 16], hereby files its Status Report, and in support thereof states as follows:

1. Plaintiff sent a settlement demand to the Defendants on June 15, 2025.
2. Terri Courtney and the City of Walton sent written discovery on the 14th day of July. Plaintiff is answering the discovery

Signatures:

Attorney for Plaintiff:

Attorney for Defendants City of Walton and Terri Courtney

**Zachary James Smith**
Zachary J. Smith
P.O. Box 75310
Fort Thomas, KY 41075
859-429-8254
Email: zjsmithlaw@protonmail.com

**Ray C. Freudiger, I.**
Ray C. Freudiger, I.
Marshall Dennehey, P.C.
312 Elm Street
Cincinnati, OH 45202
513-372-6803
Email: rcfreudiger@mdwcg.com

Attorney for Defendant Dena Courtney Flege

**R. Craig Reinhardt**
R. Craig Reinhardt
Reinhardt & Associates PLLC
449 Lewis Hargett Circle
Suite 210
Lexington, KY 40503
859-277-7100
Email: creinhardt@reinhardtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 3, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

*/s/ Zachary J. Smith*
Zachary J. Smith